# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2331

DOUGLAS C. PALMER
Clerk of Court

KUNTZ, J.

YAHER ISRAEL BABAYOF
69-09 138th Street
Apt. # 3D
Flushing, NY 11367 - 1653

MANN. M.J.

CV 12 - 6073

DEC 11 2012

Docket Number: ___CV _____ (include this number on all papers submitted to the Court)

Dear Litigant:

The Clerk's Office received the enclosed papers on 12/07/2012. A docket number has been assigned to your submission. The papers are deficient for one or more of the following reasons checked below. Please read this list carefully to correct any mistakes or omissions in your papers. If you decide to proceed with your action, you must return the enclosed papers **WITHIN 14 DAYS FROM THE DATE OF THIS LETTER.** If you do not comply, your case will not proceed.

☑ Papers, including complaints, petitions, motions or any other document, cannot be filed without an original signature pursuant to Rule 11 of the Federal Rules of Civil Procedure. Your original signature is needed wherever an "X" appears.

☐ A filing fee of $350 [in cash, if submitted in person] or by certified check or money order made payable to the Clerk of Court, U.S.D.C.,E.D.N.Y., is required in order to commence a civil action other than an application for a writ of habeas corpus or a motion under 28 U.S.C. § 2255 - **or** - you may request to waive the $350 filing fee by completing an IFP application. 28 U.S.C. § 1915. If you are a prisoner, you must also complete the Prisoner Authorization form along with the IFP application. An IFP application and/or Prisoner Authorization form is enclosed.

☐ Each plaintiff named in the caption must sign the complaint and each plaintiff must complete a separate IFP application and/or Prisoner Authorization form, if applicable. An IFP application and/or Prisoner Authorization form for each plaintiff named in the caption is enclosed.

☐ Your IFP application does not contain enough information for the Court to consider your request. Please complete the enclosed IFP application. If you are presently incarcerated, please complete the enclosed Prisoner Authorization form as well as the IFP application.

☐ Other: _____

Sincerely,

Michele Gapinski
Chief Deputy for Court Operations

Enclosure(s)
rev. 8/30/11

COPY OF MR. BABAYOF'S COMPLAINT RECEIVED ON 12/7/2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

YAHER ISRAEL BABAYOF
A/K/A YAIR ISRAEL BABAYOFF

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

CV 12 -

STATE OF NEW YORK
CITY OF NEW YORK
NEW YORK CITY POLICE DEPARTMENT

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

ORIGINAL

COMPLAINT

6073

Jury Trial: ☒ Yes  ☐ No
(check one)

RECEIVED
DEC 07 2012
PRO SE OFFICE

KUNTZ, J.
MANN, M.J.

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  YAHER ISRAEL BABAYOFF
Street Address  69-09 138TH STREET APT# 3D
County, City  FLUSHING
State & Zip Code  NY 11367-1653
Telephone Number  917-577-4623

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name  STATE OF NEW YORK
Street Address  120 BROADWAY

*Rev. 05/2010*

       County, City **NEW YORK**
       State & Zip Code **NY. 10038**
       Telephone Number **212-755-6000**

Defendant No. 2  Name **CITY OF NEW YORK**
       Street Address **100 CHURCH STREET**
       County, City **NEW YORK**
       State & Zip Code **NY 10001**
       Telephone Number

Defendant No. 3  Name **NEW YORK CITY POLICE DEPARTMENT**
       Street Address **100 CHURCH STREET**
       County, City **NEW YORK**
       State & Zip Code **NY 10001**
       Telephone Number

Defendant No. 4  Name
       Street Address
       County, City
       State & Zip Code
       Telephone Number

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

  ☒ Federal Questions    ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **CIVIL RIGHT UNDER MALICIOUS OROSECUTION, AND WRONGFUL ARREST**

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

  Plaintiff(s) state(s) of citizenship
  Defendant(s) state(s) of citizenship

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? QUEENS COUNTY, KINGS COUNTY

B. What date and approximate time did the events giving rise to your claim(s) occur? WRONGFUL ARREST FEBRUARY 2007 MALCIOUS PROSECUTION CASE DISMISSED DECEMBER 2009, WRONGFUL ARREST MARCH OF 2010 JUNE 2011, FEBRUARY 2012 AND MALCIOUS PROSECUTION, CASE DISMISSED ON ALL

C. Facts: PLAINTIFF IN 2007 WAS ARRESTED ON THE BASIS OF A POSSIBLE THEFT OF GOVERMENT FUNDS AND PERJURY FROM SECTION 8 HOUSING FROM THE STATE AND CITY OF NEW YOUR WHICH COMMENCED THE ACTIONS THAT CASE WAS DISMISSED

PLAINTIFF WAS ARRESTED AND WRONGFULY PROSECUTED BY THE DEFENDENTS ON MARCH 2010, JUNE 2011 AND FEBRUARY 2012 AND ALL THE CAES WERE DISMISSED

[What happened to you?]

THE ACTIONS WERE DONE BY THE DEFENDENT

[Who did what?]

[Was anyone else involved?]

[Who else saw what happened?]

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. PALINTIFF SUFFRED INJURIES OF LOSS OF INCOME HUMILATION, WRONGFUL DETENTION LEGAL FEES

*Rev. 05/2010*

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. FOR AN AMOUNT TO BE DETERMINED BY A JUDGE OR A JURY BUT NOT LESS THAN $10,000.00

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _____, 20___.

Signature of Plaintiff   YAHER ISRAEL BABAYOFF

Mailing Address   69-09 138TH STREET APT# 3D

FLUSHING NY. 11367-1653

Telephone Number   917-577-4623

Fax Number *(if you have one)* _____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____